UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 07 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PERLA ALEJANDRA PEREZ GUIRADO (1),

    Defendant.

CASE NO. 18CR0389-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:1956(h); 28:2461(c) Money Laundering Conspiracy; Criminal Forfeiture 18:371; 28:2461(c) Conspiracy; Criminal Forfeiture 18:1960(a); 18:2; 28:2461(c) Operation of Unlicensed Money Transmitting Business; Aiding and Abetting; Criminal Forfeiture 18:1956(a)(2)(A);18:2; 28:2461(c) - Money Laundering; Aiding and Abetting; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/6/18

WILLIAM Q. HAYES, US DISTRICT JUDGE